**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-01678-CMA-KMT

LeGRAND McOMBER, and
DEBORAH McOMBER,

    Plaintiffs,

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION,

    Defendant.

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

---

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Plaintiff's Notice of Dismissal Without Prejudice (Doc. # 7) signed by the attorneys for the parties hereto it is

    ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

    DATED:  August  13 , 2013

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Court Judge